### C. C. C. & ST. L. RY. CO v LINDNER

Ohio Appeals, 1st Dist, Hamilton Co

Decided February 24, 1931

For full opinion see 178 NE 322; 40 Oh Ap 265*(Oh Bar 2-2-32).

### PUBLIC SERVICE TRAFFIC BUREAU v HAWORTH MARBLE CO

Ohio Appeals, 8th Dist, Cuyahoga Co

Decided November 2, 1931

For full opinion ☞178 NE 703; 40 Oh Ap 255*(Oh Bar 2-2-32).